Martha GALARZA–PADRON and Abel Padron (H/W), Petitioners

v.

Mary KIRKALDIE, Executrix of the Estate of Louis Kirkaldie and Mary Kirkaldie, Respondent

v.

Mary Kirkaldie, Executrix of the Estate of Louis Kirkaldie and Mary Kirkaldie, Respondent

No. 744 MAL 2016
No. 745 MAL 2016

Supreme Court of Pennsylvania.

March 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Wecht dissents.

COMMONWEALTH of Pennsylvania, Respondent

v.

Thomas Lamar JEFCOAT, Petitioner

No. 740 MAL 2016

Supreme Court of Pennsylvania.

March 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.